The Clerk of Court of the Southern District of New York is directed to docket the within ORDER in each of the following actions:



*VE v. Nine East 71st Street et al.*, No. 1:19-cv-07625 (AJN) (DF)
*Katlyn Doe v. Indyke et al.*, No. 1:19-cv-07771 (PKC) (DF)
*Priscilla Doe v. Indyke et al.*, No. 1:19-cv-07772 (ALC) (DF)
*Lisa Doe v. Indyke et al.*, No. 1:19-cv-07773 (ER) (DF)
*Jane Doe v. Indyke et al.*, No. 1:19-cv-08673 (KPF) (DF)
*Farmer v. Indyke et al.*, No. 1:19-cv-10475 (LGS) (DF)
*Helm v. Indyke et al.*, No. 1:19-cv-10476 (PGG) (DF)
*Bryant v. Indyke et al.*, No. 1:19-cv-10479 (ALC) (DF)
*Jane Doe 1000 v. Indyke et al.*, No. 1:19-cv-10577 (LGS) (DF)
*Jane Doe 15 v. Indyke et al.*, No. 1:19-cv-10653 (PAE) (DF)
*Mary Doe v. Indyke et al.*, No. 1:19-cv-10758 (PAE) (DF)
*Davies v. Indyke et al.*, No. 1:19-cv-10788 (GHW) (DF)
*Anastasia Doe v. Indyke et al.*, No. 1:19-cv-11869 (AJN) (DF)

**DEBRA FREEMAN, United States Magistrate Judge:**

The above-referenced cases – all brought by plaintiffs claiming that they were sexually abused by Jeffrey Epstein and seeking damages from his estate – have been neither consolidated for any purpose, nor designated as "related" by the Court. Nonetheless, these cases (together with certain other, similar cases, not listed above) have been referred to the undersigned for general pretrial supervision, so that discovery – and potentially settlement – may be coordinated as reasonable. While, at the parties' request, discovery in the *other* Jeffrey Epstein cases referred to this Court has been stayed pending a further report on the parties' settlement efforts, the parties to each of the above-referenced cases have requested, by submissions dated January 10, 2020, that this Court set a discovery schedule. This Court's having reviewed the parties' submissions, it is hereby **ORDERED** that:

1. In each of the above-referenced cases in which the parties have not yet submitted a jointly proposed discovery plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties are directed to submit a proposed discovery schedule for this Court's review no later

than February 6, 2020. This submission should address all of the matters set out in Rule 26(f)(3), and should specifically include proposed deadlines for:

    a.    service of initial disclosures under Rule 26(a)(1);

    b.    service of initial document requests and interrogatories;

    c.    any motion for joinder of other parties or amendment of the pleadings;

    d.    completion of fact discovery; and

    e.    expert disclosures and the completion of expert discovery, if any.

2.    As to each of the above-referenced cases, this Court will hold a pretrial conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on February 11, 2020, at 10:00 a.m., in Courtroom 17A at the United States Courthouse, 500 Pearl Street, New York, NY 10007. The parties should be aware, however, that the mere fact that this Court will be holding a single, joint case-management conference does not necessarily mean that this Court will set an identical discovery schedule in each case. At the conference, counsel should be prepared to address whether there are reasons why these cases should be treated differently for scheduling purposes.

Dated: New York, New York
       January 14, 2019

                                   SO ORDERED

                                   _/s/ Debra Freeman_
                                   DEBRA FREEMAN
                                   United States Magistrate Judge

Copies to:

All counsel in the above-referenced cases (via ECF)