Troutman Sanders LLP
875 Third Avenue
New York, New York 10022



troutman.com

---

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

February 20, 2020

**ECF**

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Teresa Helm v. Darren K. Indyke and Richard D. Kahn, in their capacities as the executors of The Estate of Jeffrey E. Epstein*, 1:19-cv-10476 (PGG) (DCF)

Dear Judge Gardephe:

We represent Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, in the referenced action. We write with Plaintiff's consent to respectfully request a one business day extension of the briefing schedule for Defendants' Motion to Dismiss Plaintiff's Complaint, as follows:

1. Defendant's motion is due on February 24, 2020 (currently February 21);

2. Plaintiff's opposition is due on March 9, 2020 (currently March 6); and

3. Defendant's reply, if any, is due on March 17 (currently March 16).

I requested this short extension because I was recently out of work for several days due to illness. This is the first request for an extension of these deadlines. The requested extension will not affect any other scheduled dates.

Respectfully submitted,

s/Bennet J. Moskowitz
Bennet J. Moskowitz

MEMO ENDORSED

The Application is granted.

SO ORDERED:
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Feb 22, 2020